The order below is hereby signed.

Signed: May 13 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Baltimore Harlem Park Investment LLC,** | **Case No. 21-00249-ELG** |
| **Debtor.** | **Chapter 11** |
| **Baltimore Harlem Park Investment et al.,** **Plaintiffs,** | **Adv. Pro. 21-10023-ELG** |
| **v.** | |
| **M. Arnold Politzer,** **Defendant.** | |

### ORDER ESTABLISHING DEADLINES AND SETTING HEARING

On March 22, 2023, Baltimore Harlem Park Investment LLC and Ruby Judge City LLC (together, the "Plaintiffs") and M. Arnold Politzer (the "Defendant") appeared before the Court and represented that a notice of dismissal would be filed in the instant adversary proceeding. As of the date of entry of this Order, however, the adversary proceeding remains pending before the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1

1.      On or before **May 27, 2026**, the Plaintiffs and the Defendant shall each file a response articulating why the instant adversary proceeding should not be dismissed.

2.      If either party fails to file a response, then the Court shall dismiss the adversary proceeding.

3.      If the adversary proceeding has not been dismissed, Plaintiffs' counsel and Defendant's counsel shall appear before the Court on **July 1, 2026** at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001.

[Signed and dated above.]

Copies to: recipients of electronic notification