The order below is hereby signed.

Signed: May 13 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Baltimore Harlem Park Investment LLC,** | **Case No. 21-00249-ELG** |
| **Debtor.** | **Chapter 11** |
| **Baltimore Harlem Park Investment et al.,**<br>**Plaintiffs,** | **Adv. Pro. 21-10023-ELG** |
| **v.** | |
| **M. Arnold Politzer,**<br>**Defendant.** | |

## ORDER ESTABLISHING DEADLINES AND SETTING HEARING

On March 22, 2023, Baltimore Harlem Park Investment LLC and Ruby Judge City LLC (together, the "Plaintiffs") and M. Arnold Politzer (the "Defendant") appeared before the Court and represented that a notice of dismissal would be filed in the instant adversary proceeding. As of the date of entry of this Order, however, the adversary proceeding remains pending before the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1

1.     On or before **May 27, 2026**, the Plaintiffs and the Defendant shall each file a response articulating why the instant adversary proceeding should not be dismissed.

2.     If either party fails to file a response, then the Court shall dismiss the adversary proceeding.

3.     If the adversary proceeding has not been dismissed, Plaintiffs' counsel and Defendant's counsel shall appear before the Court on **July 1, 2026** at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001.

[Signed and dated above.]

Copies to: recipients of electronic notification

United States Bankruptcy Court

District of Columbia

Baltimore Harlem Park Investment LLC,

    Plaintiff

                                                  Adv. Proc. No. 21-10023-ELG

Politzer,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Baltimore Harlem Park Investment LLC, 7925 Jones Branch Drive, Suite 4350, Mc Lean, VA 22102-3363 |
| dft | + | M. Arnold Politzer, 14017 Mango Drive, Apartment A, Del Mar, CA 92014-2991 |
| dft | + | M. Arnold Politzer, LLC, 8850 Stanford Boulevard, Suite 2300, Columbia, MD 21045-4763 |
| pla | + | Ruby Jude City LLC, 7300 Radcliffe Drive, College Park, MD 20740-3024 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 13 2026 22:24:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Baltimore Harlem Park Investment LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

District/off: 0090-1                                  User: admin                                                  Page 2 of 2
Date Rcvd: May 13, 2026                               Form ID: pdf001                                       Total Noticed: 5

on behalf of Plaintiff Ruby Jude City LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert Michael Gittins

on behalf of Defendant M. Arnold Politzer  LLC gittins@ewmd.com

Robert Michael Gittins

on behalf of Defendant M. Arnold Politzer gittins@ewmd.com


TOTAL: 4