The order below is hereby signed.

Signed: June 25 2026



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| **Baltimore Harlem Park Investment LLC,** | **Case No. 21-00249-ELG** |
| **Debtor.** | **Chapter 11** |
| **Baltimore Harlem Park Investment LLC et al.,** | **Adv. Pro. 21-10023-ELG** |
| **Plaintiffs,** | |
| **v.** | |
| **M. Arnold Politzer et al.,** | |
| **Defendants.** | |

### DISMISSAL ORDER

On May 13, 2026, the Court entered an *Order Establishing Deadlines and Setting Hearing* (the "Order") (ECF No. 22), which required Baltimore Harlem Park Investment LLC et al. and M. Arnold Politzer et al. to file a response on or before May 27, 2026, articulating why the instant adversary proceeding should not be dismissed. The Order further provided that if neither party filed a response, then the Court would dismiss the instant adversary proceeding. As neither party has filed a response to the Order, cause exists to dismiss this adversary proceeding.

1

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the *Adversary Complaint and Demand for Trial by Jury* (ECF No. 1) is **DISMISSED** for failure to prosecute.

[Signed and dated above.]

Copies to: recipients of electronic notification

United States Bankruptcy Court

District of Columbia

Baltimore Harlem Park Investment LLC,

    Plaintiff

Adv. Proc. No. 21-10023-ELG

Politzer,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2026 | Form ID: pdf001 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | Baltimore Harlem Park Investment LLC, 7925 Jones Branch Drive, Suite 4350, Mc Lean, VA 22102-3363 |
| dft | + | M. Arnold Politzer, 14017 Mango Drive, Apartment A, Del Mar, CA 92014-2991 |
| dft | + | M. Arnold Politzer, LLC, 8850 Stanford Boulevard, Suite 2300, Columbia, MD 21045-4763 |
| pla | + | Ruby Jude City LLC, 7300 Radcliffe Drive, College Park, MD 20740-3024 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jun 26 2026 22:13:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jun 26 2026 22:07:38 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2026 22:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jun 26 2026 22:07:49 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Jun 26 2026 22:13:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jun 26 2026 22:13:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 26 2026 22:13:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Maurice Belmont VerStandig | on behalf of Plaintiff Baltimore Harlem Park Investment LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Ruby Jude City LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert Michael Gittins | on behalf of Defendant M. Arnold Politzer  LLC gittins@ewmd.com |
| Robert Michael Gittins | on behalf of Defendant M. Arnold Politzer gittins@ewmd.com |

TOTAL: 4